IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 07-MJ-00119-DLW

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. MEONAHAN SCOTT PRAIRIECHIEF,

    Defendant.

---

**ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

---

Upon petition of the United States and for good cause shown,

IT IS HEREBY ORDERED, that the Clerk of the Court issue the said writ to the United States Marshal's Service requiring said United States Marshal to produce said defendant before a United States Magistrate Judge, forthwith, for proceedings and appearances upon the charge aforesaid, and to hold him at all times in his custody as an agent of the United States of America until final disposition of the defendant's case, thereafter to return the defendant to the institution wherein now confined.

SO ORDERED this 30th day of August, 2007.

_____
DAVID L. WEST
UNITED STATES MAGISTRATE JUDGE
DISTRICT OF COLORADO